ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.   5:25CR240 |
| Plaintiff, ) | |
| ) | Judge John R. Adams |
| v. ) | |
| ) | ORDER |
| PHUONG VAN DAO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court upon Magistrate Judge Amanda M. Knapp's   Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Phuong Van Dao and enter a finding of guilty against defendant. (Doc. #8)

On May 12, 2025, the government filed an Inforamtion against defendant. (Doc. #1.) On June 17, 2025, this Court assigned this case to Magistrate Judge Knapp for the purpose of arraignment and receiving defendant's plea of guilty.

On June 17, 2025, an arraignment was held in which defendant entered a plea of guilty to:

- Count 1, charging Defendant with Wire Fraud, in violation of 18 U.S.C. Section 1343;

- Count 2, charging Defendant with False Statement, in violation of 18 U.S.C Section 1001(a)(2).

Magistrate Judge Knapp received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. #8.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon de novo review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that Defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

IT IS SO ORDERED.

Date: July 7, 2025             /s/ John R. Adams
                               JOHN R. ADAMS
                               UNITED STATES DISTRICT JUDGE